IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| THOMAS O'CONNELL, | Cause No. CV 22-94-GF-BMM |
| Petitioner, | |
| vs. | ORDER |
| B. EISCHEN; UNITED STATES OF AMERICA, | |
| Respondents. | |

Petitioner Thomas O'Connell applied to this Court on September 19, 2022, for a writ of habeas corpus under 28 U.S.C. § 2241. O'Connell is a self-represented federal prisoner. He moves the Court to order the Bureau of Prisons "to apply all applicable ETC [earned time credit] earned to date." (Doc. 1 at 8.)

The Clerk sent O'Connell a letter on September 26, 2022, advising him that he must either move to proceed in forma pauperis or pay a filing fee of $5.00. *See* 28 U.S.C. §§ 1914(a), 1915(a)(1), (2). O'Connell has not responded.

1

Accordingly, **IT IS ORDERED** that this matter is **DISMISSED** for failure to pay the filing fee. The Clerk shall discard any further submissions in this action without filing them.

**DATED** this 21st day of November, 2022.

_____
Brian Morris, Chief District Judge
United States District Court